FONNESBECK v. OREGON SHORT LINE R. CO. et al.

No. 3757.   Decided June 19, 1922.   (207 Pac. 1114.)

RAILROADS—COMPANY NOT LIABLE FOR DAMAGES CAUSED DURING GOVERNMENT CONTROL. While a railroad was under control of the Director General of Railroads, a railroad company was not liable for damages resulting from an accident in operating the railroad.

Appeal from District Court, First District, Box Elder County; *A. A. Law*, Judge.

Action by Christian Fonnesbeck against the Oregon Short Line Railroad Company and James C. Davis, Agent and Director General. From a judgment for plaintiff, defendant Railroad Company appeals.

REVERSED, with directions.

*Geo. H. Smith, J. V. Lyle, R. B. Porter,* and *J. T. Hammond, Jr.,* all of Salt Lake City, for appellant.

*Leon Fonnesbeck,* of Logan, for respondent.

WEBER, J.

Suit was instituted by plaintiff against James C. Davis, Agent of the President and Director General of Railroads, and the Oregon Short Line Railroad Company. Plaintiff obtained judgment against the Oregon Short Line Railroad Company for damages sustained by him in a collision between an auto driven by him and a train operated by the Director General of Railroads over a track of the Oregon Short Line Railroad. The district court denied a motion, interposed by the Oregon Short Line Railroad Company, for a dismissal of the action so far as it was concerned. This ruling is one of the errors assigned by the railroad company, the appellant.

The assignment must be sustained. At the time of the accident the Oregon Short Line Railroad system was operated by the Director General of Railroads. The Oregon Short Line Railroad Company had no control over the operation of its railroad, and was not liable to damages resulting from the accident. *Missouri Pacific R. R. Co.* v. *Ault,* 256 U. S. 544, 41 Sup. Ct. 593, 65 L. Ed. 1087.

The judgment is reversed, and the district court of Box Elder county is directed to dismiss the cause of action as against the railroad company. Appellant to recover its taxable costs.

CORFMAN, C. J., and GIDEON, THURMAN, and FRICK, JJ., concur.